133 A.3d 282

IN THE MATTER OF VINCENT E. BEVACQUA, AN ATTORNEY
AT LAW (ATTORNEY NO. 001101990).

April 8, 2016.

## ORDER

This matter having been duly presented, it is ORDERED that
**VINCENT E. BEVACQUA** of **NEWARK,** who was admitted to
the bar of this State in 1990, and who was suspended from the
practice of law for a period of three months, effective January 7,
2016, by Order of this Court filed December 9, 2015, be restored
to the practice of law, effective immediately.